CRAIG CARPENITO
United States Attorney
KRISTIN L. VASSALLO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 645-2835
Fax: (973) 297-2010
E-mail: kristin.vassallo@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>GATEWAY CONSTRUCTION, *et al.,*<br><br>*Defendants.* | HON. FREDA L. WOLFSON<br><br>*Civil Action No.* 18-2072 (FLW)(TJB)<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed, by and between the attorneys for the plaintiff and the United States, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed without prejudice, and with each party bearing its own fees, attorney fees, costs and expenses.

It is further stipulated and agreed that dismissal of this matter is not a second dismissal governed by Fed. R. Civ. P. 41(a)(1)(B).

[Signatures Appear on the Following Page]

Dated:      Newark, New Jersey
               February 23, 2018

                                          Respectfully submitted,

                                          CLARK & DISTEFANO, P.C.

                                  By:    */s/ Robert F. DiStefano*
                                          ROBERT F. DISTEFANO, ESQ.
                                          Attorney for Plaintiff

Dated:      Newark, New Jersey
               February 23, 2018

                                          CRAIG CARPENITO
                                          United States Attorney

                                  By:    */s/ Kristin L. Vassallo*
                                          KRISTIN L. VASSALLO
                                          Assistant United States Attorney
                                          Attorney for DEA Agent Robert Bowe
                                          and the United States